■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERICK J. HAYES, JR., Respondent. [869 NYS2d 846]

Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.